UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80391-RS

HOWARD COHAN,

    Plaintiff,

vs.

LAZY DOG RESTAURANTS, LLC,
a Foreign Limited Liability Company; and
LAZY DOG COLORADO OPS, LLC
a Foreign Limited Liability Company
d/b/a LAZY DOG RESTAURANT AND
BAR/JOLENE'S WINGS AND BEER

    Defendant(s).
_____/

**JOINT NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN and the Defendants, LAZY DOG RESTAURANTS, LLC, a Foreign Limited Liability Company and LAZY DOG COLORADO OPS, LLC, Foreign Limited Liability Company, d/b/a LAZY DOG RESTAURANT AND BAR/JOLENE'S WINGS AND BEER, (hereinafter collectively the "Parties") by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED May 17, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: perri@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Mark Heilig**
Mark Heilig, Esq.
Florida Bar No: 29007
Heilig & Associates, P.A.
PO Box 10786
Tampa, FL 33679-0786
Office: 813-486-7312
Cell: 813-486-7312
Email: Mark@HeiligandAssociates.com
Attorney for Defendant

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**