UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-80391-CIV-SMITH

HOWARD COHAN,

    Plaintiff,

vs.

LAZY DOG RESTAURANTS, LLC, *et al.*,

    Defendants.

_____/

**ORDER OF DISMISSAL**

This cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [DE 12]. Upon consideration, it is

    **ORDERED** that:

1. This case is **DISMISSED with prejudice.**

2. All pending motions are **DENIED as moot.**

3. The court shall retain jurisdiction to enforce the terms of the parties' settlement agreement until **December 6, 2024**.

4. The case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 4th day of June, 2024.

                                                  RODNEY SMITH
                                                UNITED STATES DISTRICT JUDGE

cc: Counsel of Record